JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISRICT OF CALIFORNIA**

KEVIN JONES,

                Plaintiff,

    vs.

NATIONAL RAILROAD PASSENGER CORPORATION, et al.,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:24-cv-07756-CBM-AYPx

**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(A)] [41]**

Upon review of the Stipulation for Dismissal of Action filed by Plaintiff Kevin Jones and Defendant National Railroad Passenger Corporation, and finding the relief requested appropriate, IT IS ORDERED that the above-referenced action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

DATED: April 14, 2026

_____
Hon. Consuelo B. Marshall
United States District Judge

1